Theodore L. Hecht (TH-5497)
Cynthia A. Murray (CM-8900)
SCHNADER HARRISON SEGAL & LEWIS LLP
140 Broadway, Suite 3100
New York, New York 10005-1101
(212) 973-8000
Attorneys for Defendant

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLUES FASHIONS, INC.,

           Plaintiffs,

  - against -

COSTCO WHOLESALE CORP.,

           Defendant.

------------------------------------------------------------X

CASE NO. _____

**RULE 7.1 STATEMENT OF DEFENDANT COSTCO WHOLESALE CORP.**

(Stamped: JUDGE DANIELS; '08 CIV 6146; RECEIVED JUL 03 2008 U.S.D.C. S.D.N.Y. CASHIERS)

Defendant Costco Wholesale Corp., by and through its undersigned attorneys and for its disclosure statement pursuant to Federal Rule of Civil Procedure 7.1, a nongovernmental corporate party, certifies that it is a publicly trade corporation, that it has no corporate parent or subsidiaries, and that no companies own more than 10% of its Stock.

Dated: July 3, 2008

SCHNADER HARRISON SEGAL & LEWIS LLP

By: _____
Theodore L. Hecht (TH-5497)
Cynthia A. Murray (CM-8900)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000
*Attorneys for Defendant*
*Costco Wholesale Corp.*

PHDATA 3104116_1

To: Michael B. Goldsmith
Silverberg Stonehill Goldsmith & Haber, P.C.
111 W. 40th Street
New York, New York 10018
(212) 730-1900
*Attorneys for Plaintiff*
*Clues Fashions, Inc.*