UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CLUES FASHIONS, INC.,

                Plaintiff,

-against-

COSTCO WHOLESALE CORP.,

                Defendant.
------------------------------------------------------------X

Case No.:
08-CV-6146(GBD)(HP)

**STIPULATION**
**OF VOLUNTARY DISMISSAL**

      IT IS HEREBY STIPULATED AND AGREED by counsel for plaintiff and defendant, that, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed, without prejudice, including, without prejudice to plaintiff's right to commence an arbitration against defendant, and without an award of costs to either party as against the other.

Dated: August 6, 2008

| | |
|---|---|
| SILVERBERG STONEHILL<br>GOLDSMITH & HABER, P.C.<br>Attorneys for Plaintiff | SCHNADER HARRISON SEGAL &<br>LEWIS LLP<br>Attorneys for Defendant |
| By: _____<br>    Michael B. Goldsmith (MG-8358)<br>111 West 40th Street<br>New York, New York 10018<br>(212) 730-1900 | By: _____<br>    Theodore L. Hecht (TH-5497)<br>140 Broadway, Suite 3100<br>New York, New York 10005<br>(212) 973-8000 |