```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 11 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
CLUES FASHIONS, INC.,

                Plaintiff,

-against-

COSTCO WHOLESALE CORP.,

                Defendant.
------------------------------------------------------X

Case No.:
08-CV-6146(GBD)(HP)

STIPULATION
OF VOLUNTARY DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by counsel for plaintiff and defendant, that, in accordance with the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, the above captioned action is hereby dismissed, without prejudice, including, without prejudice to plaintiff's right to commence an arbitration against defendant, and without an award of costs to either party as against the other.

Dated: August 6, 2008

SILVERBERG STONEHILL
GOLDSMITH & HABER, P.C.
Attorneys for Plaintiff

By: _____
Michael B. Goldsmith (MG-8358)
111 West 40th Street
New York, New York 10018
(212) 730-1900

SCHNADER HARRISON SEGAL &
LEWIS LLP
Attorneys for Defendant

By: _____
Theodore L. Hecht (TH-5497)
140 Broadway, Suite 3100
New York, New York 10005
(212) 973-8000

**SO ORDERED**

*George B. Daniels*
**HON. GEORGE B. DANIELS**
AUG 1 1 2008